The People ex rel. The Eickemeyer Field Company et al., Respondents, *v.* Frank Rice, Secretary of State, etc., Appellant.

(Argued April 10, 1893; decided April 25, 1893.)

Appeal from order of the General Term of the Supreme Court in the third judicial department, made November 22,

1892, which reversed an order of Special Term denying an application for a peremptory writ of mandamus and granted said writ.

*John W. Hogan* for appellant.

*J. Hampden Dougherty* for respondents.

Agree to affirm on opinion below.
All concur.
Order affirmed.